UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JEROME MICHAEL SOLIS, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:19-CV-860-RLM-MGG |
| SGT. DEU, et al., | |
| Defendants. | |

## ORDER

In April 2020, Jerome Michael Solis, a prisoner without a lawyer, was granted a lengthy extension of time, until July 24, 2020, to file his overdue status report and overdue response to the defendants' pending motion for summary judgment. (ECF 57.) The deadline passed and Mr. Solis didn't file the required documents or otherwise respond to the court's order. The court ordered him to show cause by September 4, 2020, why this case should not be dismissed for failure to prosecute and was cautioned that if he did not respond by the deadline, the action was subject to dismissal without further notice. (ECF 58.) This order was returned as undeliverable. (ECF 59.)

The court has had no contact with Mr. Solis since April 2020. To date, he has not responded to the court's orders, filed a status report, or filed a response to the pending motion for summary judgment. Mail sent to him at the address he provided the court has been returned as undeliverable. It appears he has abandoned this case.

For these reasons, this case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED on September 10, 2020.

        s/ Robert L. Miller, Jr,
        JUDGE
        UNITED STATES DISTRICT COURT